UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   IN THE MATTER OF ASSIGNMENTS

           TO  THE                             NOTICE OF ASSIGNMENTS

   HONORABLE JED S. RAKOFF (JSR)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF

| | | | | |
|---|---|---|---|---|
| 12 CV 1690 | 12 CV 2636 | 12 CV 2718 | 12 CV 2790 | 12 CV 2872 |
| 12 CV 2371 | 12 CV 2638 | 12 CV 2719 | 12 CV 2791 | 12 CV 2873 |
| 12 CV 2454 | 12 CV 2640 | 12 CV 2720 | 12 CV 2793 | 12 CV 2874 |
| 12 CV 2456 | 12 CV 2641 | 12 CV 2721 | 12 CV 2794 | 12 CV 2875 |
| 12 CV 2507 | 12 CV 2642 | 12 CV 2722 | 12 CV 2795 | 12 CV 2876 |
| 12 CV 2508 | 12 CV 2644 | 12 CV 2723 | 12 CV 2796 | 12 CV 2877 |
| 12 CV 2579 | 12 CV 2645 | 12 CV 2724 | 12 CV 2797 | 12 CV 2878 |
| 12 CV 2581 | 12 CV 2658 | 12 CV 2725 | 12 CV 2798 | |
| 12 CV 2582 | 12 CV 2659 | 12 CV 2726 | 12 CV 2799 | |
| 12 CV 2615 | 12 CV 2713 | 12 CV 2727 | 12 CV 2800 | |
| 12 CV 2619 | 12 CV 2714 | 12 CV 2750 | 12 CV 2801 | |
| 12 CV 2620 | 12 CV 2715 | 12 CV 2753 | 12 CV 2802 | |
| 12 CV 2621 | 12 CV 2716 | 12 CV 2754 | 12 CV 2803 | |
| 12 CV 2623 | 12 CV 2717 | 12 CV 2758 | 12 CV 2872 | |

****RELATED TO 11 CV 3605****
****DESIGNATED MAG. JUDGE HENRY B. PITMAN (HBP)****
The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Assignment on all defendants.

Dated: 04/24/2012

                                                Ruby J. Krajick, CLERK

                                        PHYLLIS ADAMIK
                        By: _____
                                        Deputy Clerk

cc: Attorneys of Record