UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>THE 1995 JACK PARKER DESCENDANT TRUST NO. 1, ADAM P. GLICK, HAROLD ANFANG, DANIEL F. LINDLEY, JOHN REISMAN, PERI ARENAS, KIM DICKSTEIN, JILL FISCHER, and TESUJI PARTNERS, LLC,<br><br>        Defendants. | Adv. Pro. No. 10-04345<br><br>Case No. 12-cv-02875<br>ECF Case<br>Electronically Filed |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Irving H. Picard, Esq., as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
April 25, 2012

/s/ *Oren J. Warshavsky*
Oren J. Warshavsky
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: owarshavsky@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, as Trustee for the Substantively Consolidated Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

300243874